(March 21, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY SANDERS, by LOUIS D. SCHWARTZ v WARDEN, BROOKLYN HOUSE OF DETENTION. — Judgment of the Supreme Court, Kings County (Feldman, J.), dated March 14, 1985, affirmed, without costs or disbursements. No opinion.

The temporary stay granted by this court by order dated March 20, 1985, is hereby vacated forthwith. Mollen, P. J., Titone, Thompson and Lawrence, JJ., concur.